IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TAITE, ) | |
| # 180664, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:12cv858-TMH |
| ) | (WO) |
| LEEPOSEY DANIELS, ) | |
| ) | |
| Respondent. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On October 9, 2012 (Doc. No. 2), this court entered an order directing Petitioner to do the following on or before October 29, 2012:

1. Either submit the $5.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis* in this action for habeas corpus relief.[1]

2. File an amendment to his petition in which he specifically identifies his conviction that he seeks to challenge through his petition, by providing the following information–

    (a) the offense for which he was convicted and the date on which the conviction was entered;

    (b) the county and court in which the conviction was entered and the criminal case number; and

    (c) the sentence that was imposed for the conviction

---

[1] Petitioner was advised that if seeks leave to proceed *in forma pauperis*, he must file a prison account statement from the account clerk at the Elmore Correctional Facility containing the account clerk's certified statement of the balance in Petitioner's prison account at the time he filed his habeas petition. Doc. No. 2 at 1.

that he challenges.

Doc. No. 2 at 1-2.

Petitioner was specifically cautioned that his failure to comply with the court's October 9 order would result in a recommendation that his case be dismissed. Doc. No. 2 at 2. The requisite time has passed, and Petitioner has wholly failed to comply with the court's order. Consequently, the court concludes that dismissal of this case is appropriate for Petitioner's failure to comply with the court's order.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Petitioner's failure to comply with the orders of this court.

It is further

ORDERED that on or before **December 26, 2012**, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the

District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 12th day of December, 2012.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              UNITED STATES MAGISTRATE JUDGE